UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                       Chapter 7
                                                          18-51405-MLO

Brenda Jean Griffin                                 Judge Oxholm

Debtor(s)
_____/

## NOTICE OF APPEARANCE OF SCHNEIDERMAN & SHERMAN, P.C. AS COUNSEL FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

The firm of SCHNEIDERMAN & SHERMAN, P.C., pursuant to Bankruptcy Rule 9010, hereby enters its appearance as attorneys for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, and requests that its name be added to the mailing matrix, and that it be sent copies of all pleadings, notices, and papers filed or served in this case, or required to be served in this case, under the Bankruptcy Code or Bankruptcy Rules.

This appearance shall act as the appearance of every member of Schneiderman & Sherman, P.C., and is not limited to the attorneys listed below.

                                          SCHNEIDERMAN & SHERMAN, P.C.

                                          By: /S/ Michael P. Hogan
                                          Michael P. Hogan P63074
                                          mhogan@sspclegal.com
                                          Attorney for
                                          NATIONSTAR MORTGAGE LLC D/B/A
                                          MR. COOPER
                                          23938 Research Drive, Suite 300
                                          Farmington Hills, Michigan 48335
                                          248-539-7400